IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CONNIE M GODDARD, LUKE GODDARD, G. CHRISTOPHER GODDARD,<br><br>           Plaintiffs,<br><br>vs.<br><br>RONNIE F CASTLE,<br><br>           Defendant. | 7:14CV5004<br><br>**ORDER** |

The plaintiff has filed an amended complaint.

Accordingly,

IT IS ORDERED that the defendant's motion to strike allegations within the plaintiff's initial complaint, (Filing No. 5), is denied as moot.

June 23, 2014.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge