IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CONNIE M GODDARD, LUKE GODDARD, G. CHRISTOPHER GODDARD,<br><br>  Plaintiffs,<br><br>vs.<br><br>RONNIE F CASTLE,<br><br>  Defendant. | 7:14CV5004<br><br>**ORDER** |

The defendant has moved to strike the documents attached to the plaintiffs' amended complaint. The defendant argues a complaint should provide a "plausible short and plain statement" of the plaintiffs' claims, but the plaintiffs' amended complaint provides a legal argument with exhibits attached as evidentiary support.

In response to the defendant's motion, the plaintiffs assert the attachments provide a means for alleging their fraud claims with specificity as required under the Federal Rules.

Upon review, the court finds the attachments are relevant to the claims raised, and incorporating the attachments into the amended complaint does not violate the federal rules.

Accordingly,

IT IS ORDERED that Defendant's Motion to Strike, (Filing No. 11), is denied.

July 11, 2014.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge