IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CONNIE M. GODDARD, LUKE GODDARD, G. CHRISTOPHER GODDARD,<br><br>Plaintiffs,<br><br>vs.<br><br>RONNIE F. CASTLE,<br><br>Defendant. | 7:14CV5004<br><br>**ORDER** |

Summary judgment motions remain pending.

Accordingly,

IT IS ORDERED:

1) The parties' joint motion, (Filing No. 28), is granted, and the telephonic conference scheduled for December 2, 2014 is cancelled.

2) If this case is not fully resolved by summary judgment, the parties shall:

a. Serve their mandatory disclosures within 21 days following the court's ruling on the dispositive motions; and

b. Schedule a conference call with the undersigned magistrate judge to discuss further case progression deadlines, such call to be held no later than 30 days following the summary judgment rulings.

November 18, 2014.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge