IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CONNIE M. GODDARD, LUKE GODDARD, AND G. CHRISTOPHER GODDARD,<br><br>        Plaintiffs,<br><br>vs.<br><br>RONNIE F. CASTLE,<br><br>        Defendant. | 7:14CV5004<br><br>MEMORANDUM AND ORDER |

Attorney David D. Pederson filed a motion to withdraw as counsel of record for Defendant Ronnie F. Castle (Filing No. 62). In a telephonic conference with the undersigned's chambers, Mr. Pederson orally moved to amend the motion to withdraw to include the entire Pederson, Troshynski Law Firm, including Matthew D. Pederson (Filing No. 63).

    IT IS ORDERED:

1) The motion to withdraw filed by David W. Pederson, as counsel of record for Defendant Ronnie F. Castle (Filing No. 62) and the motion to amend the motion to withdraw (Filing No. 63), are granted.

2) On or before September 16, 2016, Defendant Ronnie F. Castle shall either: (a) obtain the services of counsel and have that attorney file an appearance in this case; or (b) file a statement notifying the court of his intent to litigate this case without the assistance of counsel. The failure to do so may result in an entry of default and/or default judgment against Defendant Ronnie F. Castle.

3) David W. Pederson shall promptly mail a copy of this order to Defendant, and file a certificate of service stating the date and the manner of service, and the name and address served.

    Dated this 25th day of August, 2016

                                                                         BY THE COURT:

                                                                         *s/ Cheryl R. Zwart*
                                                                         United States Magistrate Judge