IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CONNIE M. GODDARD, LUKE GODDARD, AND G. CHRISTOPHER GODDARD,<br><br>    Plaintiffs,<br><br>vs.<br><br>RONNIE F. CASTLE,<br><br>    Defendant. | 7:14CV5004<br><br>ORDER |

Defendant's counsel was granted leave to withdraw on August 25, 2016. Defendant was given until September 16, 2016 to either: (a) obtain the services of counsel and have that attorney file an appearance in this case; or (b) file a statement notifying the court of his intent to litigate this case without the assistance of counsel, and was warned that the failure to do so may result in an entry of default and/or default judgment against Defendant.

Defendant sent a letter to the court on September 15, 2016 stating he is looking for counsel. (Filing No. 66). But he has not communicated with the court since that time: He has not stated whether he will pursue this case without counsel, and no attorney has filed an appearance on his behalf.

Accordingly,

IT IS ORDERED:

1) Defendant is given until October 13, 2016 to show cause why the court should not enter a default and/or default judgment against Defendant without further notice.

2) The clerk shall mail a copy of this order to Defendant at his address of record.

September 22, 2016.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge